PACIFIC STATES SAVINGS & LOAN ASS'N v. Henry Douglas INGHRAM, Debtor.

No. 8233.

Circuit Court of Appeals, Ninth Circuit.

June 14, 1937.

John L. Mace, of Los Angeles, Cal., for appellant.

H. D. Inghram, in pro. per.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed; that a decree of dismissal be filed and entered accordingly; and the mandate of this court issued forthwith.

Proctor PATTERSON and Earl P. Disbro, Executors under the Will of Marion C. Tyler, Deceased, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7735.

Circuit Court of Appeals, Sixth Circuit.

June 3, 1937.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for petitioner.

James W. Morris, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by petitioners, accompanied by certificate of the clerk of the Board of Tax Appeals as provided by rule 18; on consideration whereof, it is ordered that the appeal be and the same is docketed and dismissed.

PEERLESS BREAD MACHINE CO., Appellant, v. J. H. DAY COMPANY, Appellee.

No. 7631.

Circuit Court of Appeals, Sixth Circuit.

June 4, 1937.

Allen & Allen, of Cincinnati, Ohio, for appellant.

Frank L. Zugelter, of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On motion by counsel for appellant, counsel for appellee consenting thereto, it is now here ordered, adjudged, and decreed by this court that the appeal be and the same hereby is dismissed.